■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. BARBARA BURBACH, Also Known as BARBARA K. BURBACH, admitted on February 5, 1990, at a Term of the Appellate Division, First Department. SALVADOR VINCENT DELGADO, admitted on June 21, 1982, at a Term of the Appellate Division, First Department. [703 NYS2d 399] —Motions granted and respondents reinstated as attorneys and counselors-at-law in the State of New York, effective the date hereof. No opinion. Concur—Ellerin, P. J., Nardelli, Williams, Mazzarelli and Saxe, JJ. [*See*, 230 AD2d 366; 240 AD2d 106.]